# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| JERRY L. CONWAY, D.C., *et al.*, | : |
| Plaintiffs, | : Case No.: 2:12-cv-02532 |
| v. | : |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | : |
| Defendants. | : |

## DISCLOSURE STATEMENT OF
## BLUE CROSS BLUE SHIELD OF ARIZONA
## <u>PURSUANT TO LOCAL RULE 3.4</u>

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Blue Cross Blue Shield of Arizona in the above-captioned action certifies that the general nature and purpose of the foregoing entity is to provide health benefits and related services.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of Blue Cross Blue Shield of Arizona that have issued shares or debt securities to the public.

DATED:  October 1, 2013                    Respectfully submitted,

**s/ John M. Johnson**

John M. Johnson (ASB-7318-O52J)
Brian P. Kappel (ASB-1831-B44K)
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0716
Fax: (205) 380-9116

jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

Kathleen Taylor Sooy
Tracy A. Roman
Andrew D. Kaplan
April N. Ross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com
akaplan@crowell.com
aross@crowell.com

*Counsel for Defendant Blue Cross Blue Shield of Arizona*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2013, the foregoing Disclosure Statement of Blue Cross Blue Shield of Arizona Pursuant to Local Rule 3.4 was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            **s/ John M. Johnson**
                                            John M. Johnson