# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERRY L. CONWAY, D.C., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Civil Action No.: 2:12-cv-02532-RDP |
| | ) |
| **BLUE CROSS AND BLUE SHIELD OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the parties listed in Exhibit A hereto in the above-captioned action certifies that the general nature and purpose of the foregoing entities is the provision of healthcare services to the general public.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of any parties listed in Exhibit A that have issued shares or debt securities to the public.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of any unincorporated party listed in Exhibit A that have members who have issued shares or debt securities to the public.

Dated:  October 25, 2013				Respectfully submitted,

 /s/ Edith M. Kallas					 /s/ Joe R. Whatley, Jr.
Edith M. Kallas – *Co-Lead Counsel*			Joe R. Whatley, Jr. – *Co-Lead Counsel*
Henry C. Quillen					W. Tucker Brown
WHATLEY KALLAS, LLP					WHATLEY KALLAS, LLP
380 Madison Avenue, 23rd Floor			2001 Park Place North
New York, NY 10017					1000 Park Place Tower
Tel:  (212) 447-7060					Birmingham, AL 35203
Fax:  (800) 922-4851					Tel:  (205) 488-1200
Email:  ekallas@whatleykallas.com			Fax:  (800) 922-4851
							Email:  jwhatley@whatleykallas.com
								tbrown@whatleykallas.com


Patrick J. Sheehan					Deborah J. Winegard
WHATLEY KALLAS, LLP					WHATLEY KALLAS, LLP
60 State Street, 7th Floor				1068 Virginia Avenue, NE
Boston, MA 02109					Atlanta, GA 30306
Tel:  (617) 573-5118					Tel:  (404) 607-8222
Fax:  (617) 573-5090					Fax:  (404) 607-8451
Email:  psheehan@whatleykallas.com			Email:  dwinegard@whatleykallas.com

E. Kirk Wood, Jr. – *Local Facilitating Counsel*	Aaron S. Podhurst – *Plaintiffs' Steering Committee*
WOOD LAW FIRM LLC					Peter Prieto – *Chair, Expert Committee*
P. O. Box 382434					PODHURST ORSECK, P.A.
Birmingham, AL 35238					25 West Flagler Street, Suite 800
Tel:  (205) 612-0243					Miami, FL 33130
Fax:  (205) 705-1223					Tel:  (305) 358-2800
Email:  ekirkwood1@bellsouth.net			Fax:  (305) 358-2382
							Email:  apodhurst@podhurst.com
								pprieto@podhurst.com


Debra B. Hayes – *Plaintiffs' Steering Committee*	U.W. Clemon – *Plaintiffs' Steering Committee*
Dennis C. Reich – *Chair, Damages Committee*		J. Mark White – *Litigation Committee*
REICH & BINSTOCK, LLP					Augusta S. Dowd – *Chair, Litigation Committee*
4265 San Felipe, Suite 1000				Linda G. Flippo – *Discovery Committee*
Houston, TX 77027					WHITE ARNOLD & DOWD, P.C.
Tel:  (713) 622-7271					The Massey Building
Fax:  (713) 623-8724					2025 Third Avenue North, Suite 500
Email:  dhayes@dhayeslaw.com				Birmingham, AL 35203
	dreich@rbfirm.net				Tel:  (205) 323-1888
							Fax:  (205) 323-8907
							Email:  uwclemon@whitearnolddowd.com
								adowd@whitearnolddowd.com

2

mwhite@whitearnolddowd.com
lflippo@whitearnolddowd.com

Dennis Pantazis – *Plaintiffs' Steering Committee*
Brian Clark – *Discovery Committee*
WIGGINS CHILDS QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
Tel: (205) 314-0500
Fax: (205) 254-1500
Email: dgp@wcqp.com
bclark@wcqp.com

Van Bunch – *Chair, Class Certification Committee*
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
Email: vbunch@bffb.com

Nicholas B. Roth – *Chair, Discovery Committee*
Julia Smeds Roth – *Discovery Committee*
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS, LLP
402 East Moulton Street, SE
Decatur, AL 35602
Tel: (256) 353-6761
Fax: (256) 353-6767
Email: nroth@eysterkey.com
jroth@eysterkey.com

D. Brian Hufford – *Chair, Written Submissions Committee*
Robert J. Axelrod – *Chair, Written Submissions Committee*
POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS, LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: bhufford@pomlaw.com
rjaxelrod@pomlaw.com

David A. Balto – *Expert Committee*
THE LAW OFFICES OF DAVID A. BALTO
1350 I Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
Email: david.balto@dcantitrustlaw.com

W. Daniel Miles, III – *Written Submissions Committee*
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: (800) 898-2034
Fax: (334) 954-7555
Email: dee.miles@beasleyallen.com

Joey K. James – *Litigation Committee*
BUNCH & JAMES
P. O. Box 878
Florence, AL 35631
Tel: (256) 764-0095
Fax: (256) 767-5705
Email: joey@bunchandjames.com

Peter H. Burke – *Class Certification Committee*
Richard S. Frankowski – *Discovery Committee*
J. Allen Schreiber – *Litigation Committee*
BURKE HARVEY & FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205

Tel:  (888) 880-9046
Fax:  (205) 588-8671
Email:  pburke@bhflegal.com
            rfrankowski@bhflegal.com
            aschreiber@bhflegal.com

John C. Davis – *Written Submissions Committee*
LAW OFFICE OF JOHN C. DAVIS
623 Beard Street
Tallahassee, FL 32303
Tel: (850) 222-4770
Email:  john@johndavislaw.net

Michael C. Dodge – *Expert Committee*
GLAST PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
Tel:  (972) 419-7172
Email:  mdodge@gpm-law.com

Mark K. Gray – *Discovery Committee*
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, KY 40202
Tel:  (502) 805-1800
Fax:  (502) 618-4059
Email:  mgray@grayandwhitelaw.com

Michael E. Gurley, Jr. – *Discovery Committee*
Attorney at Law
24108 Portobello Road
Birmingham, AL 35242
Tel:  (205) 908-6512
Email:  Michael@gurleylaw.net

Stephen M. Hansen – *Class Certification Committee*
LAW OFFICE OF STEPHEN M. HANSEN
1821 Dock Street
Tacoma, WA 98402
Tel:  (253) 302-5955
Fax:  (253) 301-1147
Email:  steve@stephenmhansenlaw.com

Lynn W. Jinks, III – *Expert Committee*
Christina D. Crow – *Discovery Committee*
JINKS CROW & DICKSON, P.C.
219 North Prairie Street
Union Springs, AL 36089
Tel:  (334) 738-4225
Fax:  (334) 738-4229
Email:  ljinks@jinkslaw.com
            ccrow@jinkslaw.com

Harley S. Tropin – *Damages Committee*
Javier A. Lopez – *Discovery Committee*
KOZYAK TROPIN &
  THROCKMORTON, P.A.
2525 Ponce De Leon Boulevard, 9th Floor
Miami, FL 33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email:  hst@kttlaw.com
            jal@kttlaw.com

Myron C. Penn – *Discovery Committee*
PENN & SEABORN, LLC
53 Highway 110
Post Office Box 5335
Union Springs, AL 36089
Tel:  (334) 738-4486
Fax:  (334) 738-4432
Email:  myronpenn28@hotmail.com

C. Wes Pittman – *Settlement Committee*
THE PITTMAN FIRM, P.A.
432 McKenzie Avenue
Panama City, FL 32401
Tel:  (850) 784-9000
Fax:  (850) 763-6787
Email: wes@pittmanfirm.com

Robert B. Roden – *Litigation Committee*
SHELBY RODEN, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Tel:  (205) 933-8383
Fax:  (205) 933-8386
Email: rroden@shelbyroden.com

Gary E. Mason – *Class Certification Committee*
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DK 20036
Tel: (202) 429-2290
Fax: (202) 640-1160
Email: gmason@wbmllp.com


Lance Michael Sears
SEARS & SWANSON, P.C.
First Bank Building
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Tel: (719) 471-1984
Fax: (719) 577-4356
Email: lance@searsandswanson.com

Troy A. Doles – *Discovery Committee*
SCHLICHTER BOGARD & DENTON, LLP
100 S. 4th Street, Suite 900
St. Louis, MO 63102
Tel:  (314) 621-6115
Fax:  (314) 621-7151
Email: tdoles@uselaws.com

J. Preston Strom, Jr. – *Litigation Committee*
STROM LAW FIRM, LLC
2110 N. Beltline Boulevard, Suite A
Columbia, SC 29204-3905
Tel:  (803) 252-4800
Fax:  (803) 252-4801
Email: petestrom@stromlaw.com

Thomas V. Bender
WALTERS BENDER STROHBEHN
  & VAUGHAN, P.C.
2500 City Center Square, 1100 Main
Kansas City, MO 64105
Tel:  (816) 421-6620
Fax:  (816) 421-4747
Email: tbender@wbsvlaw.com

Brian E. Wojtalewicz
WOJTALEWICZ LAW FIRM, LTD.
139 N. Miles Street
Appleton, MN 56208
Tel:  (320) 289-2363
Fax:  (320) 289-2369
Email: brian@wojtalewiczlawfirm.com

## **EXHIBIT A**

- *The San Antonio Orthopaedic Group, L.L.P.*

- *Orthopaedic Surgery Center of San Antonio, L.P.*

- *Crenshaw Community Hospital*

- *Bullock County Hospital*

- *Northwest Florida Surgery Center, L.L.C.*

- *North Jackson Pharmacy, Inc.*

- *IntraNerve, L.L.C.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 25th day of October 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        */s/ Joe R. Whatley, Jr.*
                                                        Joe R. Whatley, Jr.