# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP |
| THIS DOCUMENT RELATES ONLY TO: <br><br> JERRY L. CONWAY, *et al.*, <br><br>    Plaintiff, <br><br>  v. <br><br> BLUE CROSS BLUE SHIELD OF ALABAMA, *et al.*, <br><br>    Defendants. | Case No: 2:12-CV-02532-RDP |

## NOTICE OF APPEARANCE

Please take notice that Christine A. Varney of Cravath, Swaine & Moore LLP hereby appears as counsel for Defendant BlueCross BlueShield of Tennessee, Inc. in this action and requests service of all pleadings and papers upon the firm at the address set forth below.

Dated: October 3, 2016

        CRAVATH, SWAINE & MOORE LLP,

    by   s/ Christine A. Varney
        Christine A. Varney

      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019
       (212) 474-1000

    *Attorney for Defendant BlueCross BlueShield of Tennessee, Inc.*