# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP |
| THIS DOCUMENT RELATES ONLY TO: JERRY L. CONWAY, *et al.*, Plaintiff, v. BLUE CROSS BLUE SHIELD OF ALABAMA, *et al.*, Defendants. | Case No: 2:12-CV-02532-RDP |

## NOTICE OF APPEARANCE

Please take notice that Evan R. Chesler of Cravath, Swaine & Moore LLP hereby appears as counsel for Defendant BlueCross BlueShield of Tennessee, Inc. in this action and requests service of all pleadings and papers upon the firm at the address set forth below.

Dated: October 4, 2016

                                                      CRAVATH, SWAINE & MOORE LLP,

                                   by        s/ Evan R. Chesler
                                                  Evan R. Chesler

                                               Worldwide Plaza
                                             825 Eighth Avenue
                                             New York, NY 10019
                                                (212) 474-1000

*Attorney for Defendant BlueCross BlueShield of Tennessee, Inc.*