# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No. 2:13-cv-20000-RDP<br>MDL 2406 |
| THIS DOCUMENT RELATES ONLY TO:<br>JERRY L. CONWAY, et al., | |
| Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,<br>Defendants. | Case No: 2:12-cv-02532-RDP |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Margot A. Miller and move to withdraw Rowan D. Wilson as an attorney for defendant BlueCross BlueShield of Tennessee, Inc.

Rowan D. Wilson has retired from the firm of Cravath Swaine & Moore LLP, counsel for BlueCross BlueShield of Tennessee, Inc. in this action.

Attorneys Evan R. Chesler, Christine A. Varney, Karin A. DeMasi and Margot A. Miller, of Cravath, Swaine & Moore LLP will continue to represent BlueCross BlueShield of Tennessee, Inc.

Allowing Mr. Wilson to withdraw from this matter will in no way harm the interests of BlueCross BlueShield of Tennessee, Inc., and will not cause any delays in these proceedings.

WHEREFORE the undersigned respectfully requests that the Honorable Court takes notice of the above and relieves Mr. Wilson from the legal representation of defendant BlueCross BlueShield of Tennessee, Inc. in this action.

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

Respectfully submitted, on this 7th day of February, 2017.

/s/ Margot A. Miller
mamiller@cravath.com
**Cravath, Swaine & Moore LLP**
825 Eighth Avenue
New York, NY 10019
Tel. (212) 474-1000 / Fax (212) 474-3700