UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP |
| THIS DOCUMENT RELATES ONLY TO:<br><br>JERRY L. CONWAY, *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD OF ALABAMA, *et al.*,<br><br>    Defendants. | Case No: 2:12-CV-02532-RDP |

## NOTICE OF APPEARANCE

Please take notice that David Kumagai of Cravath, Swaine & Moore LLP hereby appears as counsel for Defendant BlueCross BlueShield of Tennessee, Inc. in this action and requests service of all pleadings and papers upon the firm at the address set forth below.

Dated: September 15, 2017

       CRAVATH, SWAINE & MOORE LLP,

      by   /s/ David Kumagai
         David Kumagai

       Worldwide Plaza
       825 Eighth Avenue
       New York, NY 10019
        (212) 474-1000

      *Attorney for Defendant BlueCross BlueShield of Tennessee, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/   David Kumagai
David Kumagai