# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERRY L. CONWAY, D.C., et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:12-cv-02532-RDP |
| **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,** | } |
| **Defendants.** | } |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

This case is before the court on the Joint Stipulation to Dismiss Claims of Plaintiffs Brain & Spine, L.L.C. and Northwest Florida Surgery Center, L.L.C. Without Prejudice. (Doc. # 575). It is hereby **ORDERED** that all claims brought by Plaintiffs Brain & Spine, L.L.C. and Northwest Florida Surgery Center, L.L.C. against all Defendants are **DISMISSED WITHOUT PREJUDICE**. Brain & Spine and Northwest Florida Surgery Center, LLC have reserved the right to participate as a member of an appropriate class if so certified

This dismissal shall not affect any other right, claim or cause of action which any other Plaintiff has, or may have, against any Defendant.

**DONE** and **ORDERED** this October 2, 2018.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

2