IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY L. CONWAY, D.C., et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2:12-CV-02532-RDP |
| BLUE CROSS AND BLUE SHIELD OF ) ALABAMA, et al., ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please take notice that John G. Schmidt Jr., Esq. and Anna Mercado Clark, Esq., members of the law firm of Phillips Lytle LLP, hereby enter their appearances in this action as counsel of record for Defendant *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield* ("Excellus"), and request that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the post office addresses and email addresses below.

- 2 -

Dated: October 22, 2018
       Buffalo, New York

Respectfully submitted,

      /s/ John G. Schmidt Jr.
Edward S. Bloomberg, Esq.
John G. Schmidt Jr., Esq.
Anna Mercado Clark, Esq.
Phillips Lytle LLP
Attorneys for *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
Facsimile: (716) 852-6100
EBloomberg@phillipslytle.com
JSchmidt@phillipslytle.com
AClark@phillipslytle.com

Stephen A. Walsh, Esq.
ADAMS and REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, Alabama 35203-3367
Telephone No. (205) 250-5000
Facsimile: (205) 250-5091
Stephen.Walsh@arlaw.com
Attorneys for *Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

## **CERTIFICATE OF SERVICE**

I hereby certify on October 22, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  October 22, 2018
         Buffalo, New York

                                                  /s/ John G. Schmidt Jr.
                                                  John G. Schmidt Jr., Esq.

Doc #05-499556