UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY L. CONWAY, D.C., et al., | } |
| | } |
| Plaintiffs, | } |
| | } |
| v. | } Case No.: 2:12-cv-02532-RDP |
| | } |
| BLUE CROSS BLUE SHIELD OF ALABAMA, et al., | } |
| | } |
| Defendants. | } |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 14, 2024, in *In Re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, Case No. 2:13-cv-20000-RDP, Provider Plaintiffs notified the court that they had reached a tentative settlement of the Provider track claims in this multidistrict litigation and have now moved for preliminary approval of their proposed class settlement. (Docs. # 3192, 3192-1). Provider Plaintiffs and Settling Defendants have entered into and executed a Settlement Agreement, which, if finally approved by the court, will result in the settlement of all of Provider Plaintiffs' underlying claims against the Settling Defendants and all the Provider cases filed in this MDL. (Doc. # 3192-2).

There are a total of twenty underlying Provider cases pending in this court. This case is one of those cases. In light of the pending Settlement, this case is **DISMISSED WITHOUT PREJUDICE**, with the following protections put in place for the benefit of all parties.

The court **SHALL RETAIN JURISDICTION** over this matter for the purpose of considering the approval of the Settlement reached by the parties. In the event that the court does not grant either preliminary or final approval of the Settlement, any approval granted by the court is vacated on appeal, or the Settlement Agreement is rescinded or otherwise becomes void, any

party to this case may move to reinstate this action. If reinstated, the case will be fully returned to its current posture as if it were never dismissed. In other words, both the parties and this case will be fully restored to the positions they held immediately before entry of this order. The case will be reinstated to the court's docket without the requirement of a filing fee. In the event of reinstatement of this action, all parties shall have all rights, claims, and defenses that they possessed immediately before entry of this order.

**DONE** and **ORDERED** this October 15, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE